# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BIANCA ELENA MARTINEZ,<br><br>　　　　Defendant. | CASE NO.:   21CR00500-JLS<br><br>ORDER GRANTING<br>JOINT MOTION TO CONTINUE<br>MOTION HEARING/TRIAL<br>SETTING |

　　　　Good cause appearing, **IT IS HEREBY ORDERED** that the Joint Motion to Continue defendant's Motion Hearing/Trial Setting scheduled for April 2, 2021 to **May 14, 2021 at 1:30pm** is **Granted**. Defendant shall file an acknowledgment of the new hearing date by April 16, 2021.

　　　　For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

　　　　**IT IS SO ORDERED**.

Dated:  March 25, 2021

　　　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge